UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARKUS MORRIS, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 1:19-CV-00081-SNLJ |
| WTS EXPRESS INC., et al., | ) |
| Defendant(s). | ) |

MEMORANDUM and ORDER

Defendants have filed a motion to continue the trial date. Although plaintiff has not responded, plaintiff did not file his required pretrial documents on the due date. This Court will grant the motion, vacates the trial date, and order the parties to file a joint status report by April 10, 2021.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to continue the trial date [#48] is GRANTED.

IT IS FURTHER ORDERED that the trial date set for March 29, 2021 is VACATED.

IT IS FINALLY ORDERED that the parties shall file a joint status report by April 13, 2021.

Dated this 10th day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE